## SULLIVAN v. FLORIDA

CERTIORARI TO THE DISTRICT COURT OF APPEAL OF FLORIDA,
FIRST DISTRICT

No. 08–7621.   Argued November 9, 2009—Decided May 17, 2010

*Bryan A. Stevenson* argued the cause for petitioner.
With him on the briefs were *Aaryn M. Urell* and *Alicia A.
D'Addario.*

*Scott D. Makar,* Solicitor General of Florida, argued the
cause for respondent.   With him on the brief were *Bill Mc-
Collum,* Attorney General, *Louis F. Hubener,* Chief Deputy
Solicitor General, and *Timothy D. Osterhaus, Craig D.
Feiser, Courtney Brewer,* and *Ronald A. Lathan,* Deputy So-
licitors General.*

---

*Briefs of *amici curiae* urging reversal were filed for the American Bar
Association by *H. Thomas Wells, Jr.,* and *Lawrence A. Wojcik;* for the
American Psychological Association et al. by *Danielle M. Spinelli, Anne
Harkavy, Shirley C. Woodward, Nathalie F. P. Gilfoyle, Richard G.
Taranto, Carolyn I. Polowy,* and *Mark J. Heyrman;* for Amnesty Interna-
tional et al. by *Constance de la Vega, Michelle T. Leighton,* and *Neil A. F.
Popovic;* for the Disability Rights Legal Center by *Neil M. Soltman* and
*Donald M. Falk;* for Educators et al. by *John J. Gibbons, Lawrence S.
Lustberg,* and *Jennifer B. Condon;* for Former Juvenile Offender Charles
S. Dutton et al. by *David W. DeBruin;* for the Juvenile Law Center et al.
by *Marsha L. Levick;* for the Mothers Against Murderers Association
et al. by *Angela C. Vigil, William Lynch Schaller,* and *Michael A.
Pollard;* for the Sentencing Project by *Matthew M. Shors* and *Shannon
M. Pazur;* and for J. Lawrence Aber et al. by *Stephen M. Nickelsburg.*

Briefs of *amici curiae* urging affirmance were filed for the State of
Louisiana et al. by *James D. "Buddy" Caldwell,* Attorney General of Loui-
siana, and *Kyle Duncan,* Appellate Chief, by *Richard S. Gebelein,* Chief
Deputy Attorney General of Delaware, and by the Attorneys General for
their respective States as follows: *Troy King* of Alabama, *Gregory F. Zoel-
ler* of Indiana, *Jack Conway* of Kentucky, *Michael A. Cox* of Michigan,
*Jim Hood* of Mississippi, *Roy Cooper* of North Carolina, *Wayne Stenehjem*
of North Dakota, *W. A. Drew Edmondson* of Oklahoma, *Thomas W. Cor-*

PER CURIAM.

The writ of certiorari is dismissed as improvidently granted.

*It is so ordered.*

---

*bett, Jr.,* of Pennsylvania, *Henry D. McMaster* of South Carolina, *Marty J. Jackley* of South Dakota, *Robert E. Cooper, Jr.,* of Tennessee, *Greg Abbott* of Texas, *Mark L. Shurtleff* of Utah, *William C. Mims* of Virginia, *Robert M. McKenna* of Washington, and *Bruce A. Salzburg* of Wyoming; for the National District Attorneys Association by *Gene C. Schaerr* and *Linda T. Coberly;* for the Solidarity Center for Law and Justice et al. by *James P. Kelly III;* and for Sixteen Members of the United States House of Representatives by *Michael P. Farris.*

Briefs of *amici curiae* were filed for the American Association of Jewish Lawyers and Jurists et al. by *Michael B. de Leeuw;* for the American Medical Association et al. by *E. Joshua Rosenkranz;* for the Center on the Administration of Criminal Law by *Richard K. Willard* and *Anthony S. Barkow;* for the Center for Constitutional Jurisprudence by *Anthony T. Caso, Edwin Meese III,* and *John C. Eastman;* for the Council of Juvenile Correctional Administrators et al. by *Corrine A. Irish;* for the Criminal Justice Legal Foundation by *Kent S. Scheidegger;* for the NAACP Legal Defense & Educational Fund, Inc., et al. by *John A. Payton, Debo P. Adegbile, Christina Swarns, Jin Hee Lee, Vincent M. Southerland, Charles J. Ogletree, Jr., Robert J. Smith,* and *Jeffrey L. Fisher;* and for the National Organization of Victims of Juvenile Lifers et al. by *Shannon Lee Goessling.*